## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LUTHERAN SERVICES FLORIDA, INC.
and CHRISTINE WATKINS,

    Plaintiffs,

v.                                                      Case No: 8:12-cv-1724-T-30EAJ

UNICARE LIFE & HEALTH
INSURANCE COMPANY, INC.,

    Defendant.
_____

### ORDER

The Court has been advised via a Notice of Settlement (Dkt. #35) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2013.

                                                                            JAMES S. MOODY, JR.
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                            F:\Docs\2012\12-cv-1724 dismiss 35.docx